# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:06cr317 (SRU) |
| DENNIS BROADNAX,<br>    Defendant. | |

## RULING and ORDER

The government filed an *ex parte* motion for protective order on June 22, 2007. Having considered the papers in support of that motion, as well as the opposition, dated June 25, 2007, the government's motion for protective order is hereby **GRANTED**.

It is so ordered.

Dated at Bridgeport, Connecticut, this 26th day of July 2007.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge