# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| UNITED STATES | |
| :--- | :--- |
| v. | Criminal No. |
| | 3: 06cr317 (SRU) |
| DENNIS BROADNAX. | |

## CONFERENCE MEMORANDUM

On April 17, I held a phone conference on with Felice Duffy and Peter Markle, representing the government, and Hugh Keefe and Nicole Fournier-Gelston, representing the defendant. The purpose of the conference was to discuss the defendant's challenge to the government's section 851 notice, as well as scheduling court proceedings regarding that challenge.

I set the following schedule: on **Monday, April 21** at **10:00 a.m.**, with the defendant present, counsel will appear before me to argue the legal issues relating to the defendant's challenge. At that time, counsel should be prepared to discuss the specific grounds for that challenge.

Following that April hearing, counsel should discuss the defendant's challenge to the government's section 851 notice and determine whether an evidentiary hearing is needed to resolve any outstanding factual issues. If such a hearing is necessary, it will occur on **Thursday, May 8** at **10:00 a.m.** If such a hearing is not necessary, the defendant will be sentenced at that time.

It is so ordered.

Dated at Bridgeport, Connecticut, this 17th day of April 2008.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge